# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Bianchini, Victor E. | 2. Court or Organization  Eastern District of Washington; Ce | 3. Date of Report  08/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Magistrate Judge, Full-Time | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

**7. Chambers or Office Address**

15139 Almond Orchard Lane
San Diego, CA 92131

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Flying Leathernecks Aviation Museum Historical Society Foundation |
| 2. | Board of Directors & Immediate Past President | Marine Corps Recruit Depot Museum Historical Society |
| 3. | Editorial Board | San Diego Lawyer Magazine |
| 4. | Member, Board of Directors | San Diego County Public Law Library Foundation |
| 5. | Member of Board of Directors | Veteran's Village of San Diego (Formerly known as Vietnam Veterans of San Diego) |
| 6. | Advisor | Tender Loving Canine Wounded Warior Helper Dogs |
| 7. | Member of Board of Directors | Kraemer Endowment Foundation Serving St. Madeliene's Sophie Center for Disabled Children and Adults |
| 8. | Member | ABTL (American Board of Trial Lawyers) |
| 9. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Judicial Retirement Plan, State of California. The State of California pays this annuity over which I have no control. |
| 2. | 2002 | County of San Diego Deferred Compensation Plan. This is paid form sole contributions by me to this plan, from which I will be obligated to withdraw funds. |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bianchini, Victor E.** | 08/12/2016 |

| | |
|---|---|
| 3. 2002 | State of California Judicial 401k Plan. This is also in the nature of deferred compensation, and arose from my position as a Superior Court Judge. |
| 4. 2003 | Defined Benefit Plan arising out of activitiesas a mediator/arbitrator from 2002-2006. This has been converted to a 401k investment with AXA Advisors. |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 08/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Judicial retirement annuity for service as a Superior Court Judge. | $126,000 |
| 2. 2015 | State of California, state university professor annuity. | $5,700.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bianchini, Victor E.** | 08/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase National Bank | Visa Credit Card | K |
| 2. | Wells Fargo Mortgage | Mortgage on Rental Property | N |
| 3. | Wells Fargo Mortgage | Mortgage on Rental Property | N |
| 4. | USAA Bank Credit Card Services | MasterCard | J |
| 5. | American Express | Visa Credit Card/Costco Membership Card | J |
| 6. | Bank of America | Credit Card Services (Mastercard) | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Deferred Compensation--County of San Diego (no control) | | None | J | T | | | | | |
| 2. Combined Defined Benefit Plan and 401k-- AXA Advisors (H) | | | | | | | | | |
| 3. - Allianzgi Income & Growth (AIGPX) | A | Dividend | K | T | Sold (part) | 01/12/15 | J | A | |
| 4. -Apple Inc (AAPL) | A | Dividend | K | T | Buy | 03/05/15 | J | | |
| 5. | | | | | Buy (add'l) | 08/25/15 | K | | |
| 6. - Buffalo Emerging Opportunities (BUFOX) | A | Dividend | K | T | | | | | |
| 7. - Catalyst Heged Futures Strategy (HFXIX) | | None | K | T | | | | | |
| 8. -Dodge & Cox Income Fund (DODIX) | A | Dividend | | | Sold | 08/25/15 | K | A | |
| 9. -Franklin Strategic Services Income Fund (FKSAX) | B | Dividend | K | T | | | | | |
| 10. - Ivy Asset Strategy | A | Dividend | | | Sold | 10/07/15 | J | | |
| 11. - Keeley Small Mid Cap Value (KSMVX) | | None | | | Sold | 10/07/15 | K | | |
| 12. - Leader Short Term Bond Instl (LCCIX) | A | Dividend | K | T | Sold (part) | 01/12/15 | J | | |
| 13. - Leland Currency Strategy (GHCIX) | A | Dividend | K | T | Buy | 10/07/15 | K | | |
| 14. - MFS Research Discovery (MNFIX) | A | Dividend | K | T | | | | | |
| 15. - MFS New Discovery (MNDIX) | | None | | | Sold | 12/07/15 | K | | |
| 16. - Nuveen NWQ Small Cap Value (NSCRX) | A | Dividend | K | T | Buy | 10/07/15 | K | | |
| 17. | | | | | Sold (part) | 12/07/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Oakkmark Intl (OAKIX) | A | Dividend | K | T | | | | | |
| 19. - Oppenheimer Developing Markets (ODVYX) | A | Dividend | K | T | | | | | |
| 20. - Oppenheimer Steel Path MLP Select (MLPTX) | B | Dividend | K | T | | | | | |
| 21. -Principal Invst PFD Securities Instl CL (PPSIX) | B | Dividend | K | T | | | | | |
| 22. - Principal Mid Cap Instl (PCBIX) | A | Dividend | K | T | Sold (part) | 12/07/15 | J | A | |
| 23. - Putnam Capital Spectrum (PVSYX) | A | Dividend | K | T | Sold (part) | 01/12/15 | J | | |
| 24. -Harbor High Yield Bond Fund Instl CL (HYFAX) | B | Dividend | K | T | | | | | |
| 25. -John Hancock Floating Rate Income Fund (JFIIX) | B | Dividend | | | Sold | 10/07/15 | K | | |
| 26. -Citigroup INC | | | | | | | | | |
| 27. -Facebook INC CL A | | None | K | T | Buy | 05/18/15 | J | | |
| 28. | | | J | T | Buy (add'l) | 12/07/15 | J | | |
| 29. -Kinder Morgan Inc (KMI) | A | Dividend | J | T | Buy | 12/07/15 | J | | |
| 30. | | | | | | | | | |
| 31. Certificate of Deposit--Bank of America | B | Interest | K | T | | | | | |
| 32. Rental Property #1: San Diego, California | D | Rent | P1 | W | | | | | |
| 33. Rental Property #1: San Diego, California | E | Rent | N | W | | | | | |
| 34. Checking #1: Bank of America | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Checking #2: Bank of America | A | Interest | J | T | | | | | |
| 36. Certificate of Deposit: Wells Fargo | E | Interest | M | T | | | | | |
| 37. Checking: Wells Fargo:Wells Fargo #2 | A | Interest | J | T | | | | | |
| 38. Savings: Wells Fargo #2 | C | Interest | L | T | | | | | |
| 39. IRA: John Hancock Lifestyle Balanced Portfolio (JALBX) | B | Dividend | M | T | | | | | |
| 40. | | | | | | | | | |
| 41. 401k: Advanta Financial Corp. (H) | | | | | | | | | |
| 42. -Schwab Cash Reserves | A | Interest | J | T | | | | | |
| 43. -ACITX | A | Dividend | J | T | | | | | |
| 44. -BCOSX | A | Dividend | K | T | | | | | |
| 45. -FTRFX | A | Dividend | J | T | | | | | |
| 46. -MWHYX | A | Dividend | J | T | | | | | |
| 47. -MWTRX | A | Dividend | J | T | | | | | |
| 48. -PRRDX | A | Dividend | K | T | | | | | |
| 49. -PTTDX | A | Dividend | J | T | | | | | |
| 50. -WACIX | A | Dividend | J | T | | | | | |
| 51. -AAGPX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -TWCGX | A | Dividend | J | T | | | | | |
| 53.  -JETAX | A | Dividend | J | T | | | | | |
| 54.  -CSRSX | A | Dividend | J | T | | | | | |
| 55.  -AUSAX | A | Dividend | J | T | | | | | |
| 56.  -UMLGX | A | Dividend | J | T | | | | | |
| 57.  -CRSOX | A | Dividend | J | T | | | | | |
| 58.  -NYVTX | A | Dividend | J | T | | | | | |
| 59.  -HIINX | A | Dividend | J | T | | | | | |
| 60.  -JVLAX | A | Dividend | J | T | | | | | |
| 61.  -ICSLX | A | Dividend | J | T | | | | | |
| 62.  -EXWAX | A | Dividend | J | T | | | | | |
| 63.  -NOSGX | A | Dividend | J | T | | | | | |
| 64.  -EMGRX | A | Dividend | J | T | | | | | |
| 65.  -OAKEX | A | Dividend | J | T | | | | | |
| 66.  -SCETX | A | Dividend | J | T | | | | | |
| 67.  -UMBWX | A | Dividend | J | T | | | | | |
| 68.  -AEMGX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -ODMAX | A | Dividend | J | T | | | | | |
| 70. | | | | | | | | | |
| 71. Accumulator (Variable Annuity), AXA Advisors (H) | | | | | | | | | |
| 72. -AXA Multimanager Mid Cap Value (Y) | | | | | | | | | |
| 73. -AXA Multimanager Multi-Sector Bond (Y) | | | | | | | | | |
| 74. -Alliance Bernstein Sm. Cap Growth | A | Dividend | J | T | | | | | |
| 75. -AXA EQ/Equity Growth Plus (Y) | | | | | | | | | |
| 76. -BlackRock Basic Value Equity (Y) | | | | | | | | | |
| 77. -AXA EQ/International Value Plus (Y) | | | | | | | | | |
| 78. -GAMCO Small Company Value | A | Dividend | J | T | | | | | |
| 79. -MFS Intl Growth (Y) | | | | | | | | | |
| 80. -Morgan Stanley Mid Cap Growth | A | Dividend | K | T | | | | | |
| 81. -AXA EQ/Global Bond Plus | B | Dividend | L | T | | | | | |
| 82. -Templeton Global Equity | A | Dividend | K | T | | | | | |
| 83. - AXA Large Cap Value Volat (X) | A | Dividend | K | T | | | | | |
| 84. - AXA Intl Core Volatility (X) | A | Dividend | K | T | | | | | |
| 85. - Axa Mid Cap Value Volat (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. AXA Equitable Structured Capital Strategies B IRA (H) B IRA | | | | | | | | | |
| 89. -AXA MSCI EAFE | A | Dividend | K | T | | | | | |
| 90. -AXA Russell 2000 1 Year | A | Dividend | K | T | | | | | |
| 91. -AXA S&P 500 | B | Dividend | K | T | | | | | |
| 92. -AXA Russell 2000 3 Year | B | Dividend | K | T | | | | | |
| 93. - Oil Index 1yr (X) | A | Dividend | K | T | | | | | |
| 94. | | | | | | | | | |
| 95. Private Trust Co. (H) | | | | | | | | | |
| 96. -FS Investment Corporation III | A | Dividend | K | T | | | | | |
| 97. - KBS REIT III, Inc | B | Dividend | K | T | | | | | |
| 98. Northstar Realistate Income Trust, Inc | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 08/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Accumulator is an annuity program where my interest is only income. The corpus will go to my beneficiaries upon my death.

2. The following list of assets were listed in my 2013 report by mistake and should have been reported as sold in my 2013 report:
   -Lord Abbett Bond Debenture Fund (LBNDX): NO 06/25/2013
     -Columbia Strategic Income Fund (LSIZX): NO 03/11/2013
     -Natixis Funds Trust II (ASFYX): NO 01/22/2013

3. The following list of assets were listed in my 2013 report by mistake and should have been reported as sold in my 2012 report.

  -Davis New York Venture Fund (NYVBX): Sold 05/09/2012
    -JP Morgan Prime Money Market Fun Investors Shares: Sold 05/09/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor E. Bianchini**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544